UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL NGUYEN | CIVIL ACTION |
| VERSUS | NO. 21-557 |
| STATE OF LOUISIANA | SECTION M (2) |

### **J U D G M E N T**

The Court having approved the United States Magistrate Judge's Report and Recommendation and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of respondent, the State of Louisiana, and against petitioner, Daniel Nguyen, dismissing Nguyen's petition for issuance of writ of habeas corpus under 28 U.S.C. § 2254, without prejudice, for failure to exhaust state court remedies.

New Orleans, Louisiana, this 20th day of January, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE